**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

IN THE MATTER OF:

| | |
|---|---|
| USFLOW Corporation, *et al.*, | Case No. 03-09863 |
| | Filed Chapter 11 – 08/12/2003 |
| Debtors. | Converted to Chapter 7 – 09/09/2003 |
| | Substantively Consolidated |
| _____/ / | |

**ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF INTERIM DISTRIBUTION**

**PRESENT:   HONORABLE DANIEL S. OPPERMAN**
United States Bankruptcy Judge

**THIS MATTER** having come to be heard upon the Trustee's Motion for Approval of Interim Distribution ("Motion"); and notice of the right to object to said Motion having been served upon the Special Matrix in this cause and other parties in interest along with a copy of the proposed Order with respect to the Motion; and the Court having reviewed the aforesaid and found that the relief requested therein is necessary and reasonable; and no answers, objections or other responsive pleadings to the Motion having been received by this Court; and the Court having reviewed its file and otherwise being fully advised in the premises;

**IT IS THEREFORE ORDERED:**

1. That the Motion is granted.

2. The Trustee is authorized to make interim distribution(s) to creditors as prayed in the Motion.

3. That no distribution under $5.00 shall be paid to creditors consistent with Bankruptcy Rule 3010.

This Document Prepared By:
**RAYMAN & KNIGHT**
141 E. Michigan Avenue, Suite 301
Kalamazoo, MI  49007
Telephone: (269) 345-5156

**END OF ORDER**
